## SONGER and Others *v.* MANWARING and Another, Associate Judges, &c.

An action on an administration bond payable to the associate judges, must
be in their names on the relation of some person beneficially interested.

ERROR to the *Dearborn* Circuit Court.—The record of this *Wednesday*
suit by the associate judges, on an administration bond, did not *May* 14,
show for whose use the action had been instituted. Judgment,
on general demurrer, for the plaintiffs below.

SCOTT, J.—Debt on an administration bond: Our statute
provides that such bonds shall be for the use of, and in trust for,
the person or persons concerned (1). The record should show
that some person appeared as a relator. It should appear that
the proceedings were instituted by some person who was ag-
grieved; who had a beneficial interest in the suit; who would

May Term, 1823.

be responsible for the costs; and for whose use and benefit the judgment was obtained (2). For want of this the judgment must be reversed.

*Per Curiam.*—The judgment is reversed, with costs.

*Test*, for the plaintiffs.

*Caswell*, for the defendants.

(1) Stat. 1823, p. 293.

(2) Acc. Stat. 1823, pp. 291, 2;—1828, pp. 48, 49. The bonds of executors, administrators, and guardians, must be made payable to the state. Stat. 1828, supra. As to the relator's establishing his claim, previously to a suit on the bond of an executor or administrator, vide *Eaton, Associate Judge, &c.* v. *Benefield et al.* *May* term, 1827, post.